**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| SHANA MCINTOSH, | ) | Case No. 16-04227 |
| | ) | |
| Debtor(s). | ) | Judge Doyle |

## NOTICE OF MOTION

*The following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

*The following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in her stead at 219 South Dearborn Street, Chicago, IL 60604, and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

JUDGE:   Doyle
ROOM:    742
DATE:    October 17, 2017
TIME:    9:30 AM

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before September 26, 2017, at 5:00p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/ Jason Cotey
Jason Cotey, A.R.D.C. #6311525
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

*To the following persons or entities who have been served via first-class U.S. Mail:*

Shana McIntosh
PO Box 472
Crete, IL 60417

IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Santander Consumer Usa
assign Franklin
Po Box 961245

Devry Education Group
814 Commerce Dr Ste 200
Oak Brook, IL 60523

Cook County Treasurer's Office
Legal Department
118 North Clark Street, Room 112
Chicago, IL 60602-1332

The Illinois Tollway
P O Box 5544
Chicago, Il 60680

Capital One Bank (USA), N.A.
American Infosource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

US Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

Calumet Dermatology Assoc
Municipal Collections of America Inc
3348 Ridge Road
Lansing, Il 60438

City Of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W Jackson Blvd Ste 600
Chicago, IL 60604

Portfolio Recovery Associates, LLC
Successor to COMENITY BANK
(ASHLEY STEWART)
POB 41067
Norfolk, VA 23541

MIDLAND CREDIT MANAGEMENT, INC.
as agent for Midland Funding LLC
PO Box 2011
Warren MI 48090

Portfolio Recovery Associates, LLC
Successor to GE CAPITAL RETAIL BANK
(JC PENNEY)
POB 41067
Norfolk, VA 23541

Nicor Gas
PO Box 549
Aurora IL 60507

CACH, LLC
PO BOX 5980
DENVER, CO 80217

Cook County Clerk
118 N. Clark St., Room 112
Chicago, IL 60602-1332

American Credit Acceptance
961 E. Main Street
Spartanburg, SC 29302

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| SHANA MCINTOSH, | ) | Case No. 16-04227 |
| | ) | |
| Debtor(s). | ) | Judge Doyle |

### MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES the debtor, SHANA MCINTOSH, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On February 22, 2016, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on May 31, 2016. Tom Vaughn was appointed Trustee in this case.

3) The Debtor's Chapter 13 plan currently provides for payments of $1,005.00 for an initial plan term of 36 months, with payments to the General Unsecured Creditors of at least 10% of their allowed claims.

4) The Debtor has paid $15,355.00 into her Chapter 13 plan over the 19 months since the case was filed.

5) The Debtor is currently in default in the amount of $3,630.00.

6) The Debtor fell behind because her tenant stopped paying rent and she needed to proceed with an eviction, causing a decrease in her monthly income.

7) The Debtor located a new tenant who is paying her rent again, and while she is now able to maintain current payments, she cannot get caught up.

8) The Debtor proposes to modify her Chapter 13 plan pursuant to 11 U.S.C. §1329 to defer the plan payment default to the end of the plan. Debtor makes this proposal in good faith and with the intention of completing her Chapter 13 plan.

9) Deferring the default would require the plan to run slightly longer than 60 months, so the Debtor further proposes to increase her monthly payment by $90.00 to $1,095.00 per month, to ensure that general, unsecured creditors continue to receive 10% of their allowed claims.

10) Debtor proposes to make this increase in plan payments by reducing some of her monthly expenses.

10) Modifying the plan in this way will not cause the confirmed Chapter 13 plan to run longer than 60 months and will continue to pay General, Unsecured Creditors at least 10% of their allowed claims.

WHEREFORE, the Debtor, SHANA MCINTOSH, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

    Respectfully Submitted,

    /s/ Jason Cotey_____
    Jason Cotey, A.R.D.C. #6311525
    Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100