UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 16-04227 |
|---|---|---|
| SHANA MCINTOSH | ) ) ) ) ) ) | Chapter: 13<br>Honorable Carol Doyle |
| Debtor(s) | ) | |

## ORDER ON DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Debtor's plan payment default is deferred to the end of her Chapter 13 plan.

2. The Debtor's monthly plan payment is increased to $1,095.00. 00

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  October 17, 2017

**Prepared by:**

Jason Cotey
IARDC#6311525
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100