UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 16-04227 |
| | ) | |
| SHANA MCINTOSH, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: DOYLE |

### NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: chiweb@tvch13.net; bndege@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Chapter 13 Plan**, at which time and place you may appear.

> JUDGE: DOYLE
> ROOM: 742
> DATE: December 18, 2018
> TIME: 10:00 AM

### PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid before 5:00pm, by Michael R. Colter, II, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: November 20, 2018     /s/ Michael R. Colter, II
                                        Michael R. Colter, II, A.R.D.C. #6304675

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Shana McIntosh
P.O. Box 472
Crete, IL 60417

IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Santander Consumer USA
assign Franklin
Po Box 961245
Ft Worth, TX 76161-1245

Devry Education Group
814 Commerce Dr Ste 200
Oak Brook, IL 60523

Cook County Treasurer's Office
Legal Department
118 North Clark Street, Room 112
Chicago, IL 60602-1332

The Illinois Tollway
P O Box 5544
Chicago, Il 60680

Capital One Bank (USA), N.A.
American Infosource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

US Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

Calumet Dermatology Assoc
Municipal Collections of America Inc
3348 Ridge Road
Lansing, Il 60438

City Of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W Jackson Blvd Ste 600
Chicago, IL 60604

Portfolio Recovery Associates, LLC
Successor to COMENITY BANK
POB 41067
Norfolk, VA 23541

Midland Credit Management, INC.
as agent for Midland Funding LLC
PO Box 2011
Warren MI 48090

NICOR Gas
P.O. Box 549
Aurora, IL 60507

CACH, LLC
P.O. Box 5980
Denver, CO 80217

Cook County Clerk
118 N. Clark St., Room 112
Chicago, IL 60602-1332

Jefferson Capital Systems, LLC
PO Box 7999
St Cloud MN 56302

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 16-04227 |
| | ) | |
| SHANA MCINTOSH, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: DOYLE |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, **SHANA MCINTOSH**, by and through her attorneys, David M. Siegel & Assoc., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) Debtor filed a petition for relief under Chapter 13 of Title 11 USC on February 11, 2016.

3) The plan was confirmed on May 31, 2016, requiring payments of $1,005.00, per month with General Unsecured Creditors receiving not less than 10% of allowed claims.

4) Debtor is currently behind on plan payments because of unexpected expenses she incurred.

5) The expenses are represented by several bills which Debtor or Debtor's non-filing spouse paid within recent months (Exhibit A). The bills include garage door repair, plumbing work, and ordinance violations which are due to Debtor's previous renter who caused extensive damage to the rental unit.

6) The previous renter left water running in the rental which caused significant damage to the cabinets which had to be replaced (Exhibit B). The running water also caused a much higher than normal water bill (Exhibit C).

7) Debtor seeks to modify her plan under 11 U.S.C. § 1329 to defer the current default.

8) The Debtor should not experience these same expenses in the future as she no longer has the destructive tenant renting from her.

9) The plan will complete within 60 months if the Debtor's motion is granted and unsecured creditors will still receive no less than 10% of their allowed claims.

10) Debtor requests the above relief without any intent to defraud his creditors.

WHEREFORE, the Debtor, **SHANA MCINTOSH**, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-810

# SCOTTISH PLUMBER
*"The Pipes are Calling."*

WWW.SCOTTISHPLUMBER.COM · PO BOX 6090, VILLA PARK, IL 60181
LICENSE NO. 055-042279

**3 YEARS PARTS AND LABOR WARRANTY**

BBB MEMBER CHICAGO & NORTHERN ILLINOIS

## SERVICE WORK – INVOICE

| DATE OF ORDER | DISPATCH # | START DATE | COMPLETE |
|---|---|---|---|
| 8/16/15 | 4858 | 8/17/18 | 31 |

| NAME | Shane McIntosh |
|---|---|
| ADDRESS | 17081 Lincoln St. |
| CITY, ZIP | Hazel Crest IL 60429 |
| HOME PHONE | 708 268 4717 |
| CELL / WORK | 708 265 6691 |
| CROSS STREET | 79 Dr |
| EMAIL | Derek |
| TECHNICIAN | Troy |

### DESCRIPTION OF WORK

M/L B/U – outside c/o back yard
Rodded B/U – In bath main flood
back up – Cleared M/L – Cleared 70'
to main – Power very 1.716.7005
To Dans

PROPOSAL 1 — OCP — 99.00
PROPOSAL 2
PROPOSAL 3
PROPOSAL 4

| DIAGNOSTIC/DISPATCH FEE | 100.00 |
|---|---|
| PROPOSAL #1 | |
| PROPOSAL #2 | |
| PROPOSAL #3 | |
| PROPOSAL #4 | |
| SUBTOTAL | |
| OTHER DISCOUNT | |
| TOTAL | |

**AMOUNT DUE**

PAID BY: ☒ CASH ☐ CHECK NO. ☐ CC
☐ REMOVE SCRAP ☐ LEAVE SCRAP
S/H #

ASK US ABOUT BIO-CLEAN, THE SAFE ALTERNATIVE FOR CLEARING DRAINS, MAINTENANCE, AND MORE!

EXHIBIT A

R... ... Door, Inc.
2455 N. Sayre Ave., Suite #2
Chicago, IL 60707
(773) 584-5616
Free Estimates

**Invoice**

INVOICE NO.
INVOICE DATE: 10-29-2018
CUSTOMER ORDER NUMBER:

SOLD TO: Shana McIntosh
17081 Lincoln St
708-268-4717

SHIP TO:

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|
| George R. | | 5 year Warranty | |

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| 1 | 1 | New 8x7 white non-Insulated, Heavy-Duty Steel, 2" thick, T=12 Tracks, Extension Springs, Hy Hardware, 1-8ft Reinforcement Strut, Bottom Rubber. | | |
| | | Labor & Parts | | $525 |
| | | 5 year Warranty | | |

Check 2/3/1
Paid in full

Ruiz Garage Door, Inc.
2455 N. Sayre Ave., Suite #2
Chicago, IL 60707
(773) 584-5616
Free Estimates

| 2 | 2 | Low-Head Room Top Fix | | $40 ea x2 |

## Code Enforcement
# Property Maintenance Violation Notice

Your are hereby notified that you are in violation of the following Village ordinances:

1. ☒ Sanitation — Please correct in __5__ days
2. ☒ Weeds/tall grass — Please correct in ____ days
3. ☐ Accessory structures — Please correct in ____ days
4. ☐ Sidewalks & driveways — Please correct in ____ days
5. ☐ Motor vehicles — Please correct in ____ days
6. ☐ Grading & drainage — Please correct in ____ days
7. ☒ Exterior surfaces — Please correct in __10__ days
8. ☒ Roofs & drainage — Please correct in __10__ days
9. ☐ Windows/screens — Please correct in ____ days
10. ☐ Doors — Please correct in ____ days
11. ☒ House numbers — Please correct in ____ days
12. ☒ Other — Please correct in __10__ days

Comments:
IPMC 304.7 Gutter damaged/full of debri
Muni Code Sec. 6-53 Remove dead tree
IPMC 302.4 Cut tall weeds at alley
IPMC 308.2 At alley remove rubbish
IPMC 302.7 Garage peeling paint
IPMC 304.3 Garage missing numbers

Questions? Please leave a message at this voice mailbox: _____. An inspector will contact you promptly.

Re-inspection 11/8/2018
17081 Lincoln Street
**Address**

10/24/18
**Inspection Date**

Kreamer B&F
**Inspector and Number**

## THIS NOTICE IS ON FILE AT VILLAGE HALL.

Village of Hazel Crest (Code Enforcement)
3000 W. 170th Place
Hazel Crest, IL 60429
(708) 335-9600 ext. 700

Personal contact on first inspection: ☐ Yes  ☐ No

### Code Enforcement

# Property Maintenance Violation Notice

Your are hereby notified that you are in violation of the following Village ordinances:

- ☐ Sanitation — Please correct in _____ days
- ☒ Weeds/tall grass — Please correct in ~~3~~ 5 days
- ☒ Accessory structures — Please correct in _____ days
- ☐ Sidewalks & driveways — Please correct in _____ days
- ☐ Motor vehicles — Please correct in _____ days
- ☐ Grading & drainage — Please correct in _____ days
- ☒ Exterior surfaces — Please correct in 10 days
- ☒ Roofs & drainage — Please correct in 10 days
- ☐ Windows/screens — Please correct in _____ days
- ☐ Doors — Please correct in _____ days
- ☐ House numbers — Please correct in _____ days
- ☐ Other — Please correct in _____ days

ents:
PMC 304.7 Gutters full of debris
PMC 302.4 Tall weeds, weed trees
PMC 304.13 Wood decay
PMC 304.13.2 Second floor west window
'en, rear second floor window open
MC 302.7 Garage siding, garage door,
others damaged.

Questions? Please leave a message at this voice mailbox:
_____ . An inspector will contact you promptly.

Re-inspection 11/8/2018
17093 Lincoln Street

:s
10/24/18

tion Date
Klicamu    BEF
tor and Number

**THIS NOTICE IS ON FILE AT VILLAGE HALL.**

Village of Hazel Crest (Code Enforcement)
3000 W. 170th Place
Hazel Crest, IL 60429
(708) 335-9600 ext. 700

of 2

Personal contact on first inspection: ☐ Yes ☐ No

## Code Enforcement

# Property Maintenance Violation Notice

Your are hereby notified that you are in violation of the following Village ordinances:

| Violation | |
|---|---|
| ☒ Sanitation | Please correct in _____ days |
| ☐ Weeds/tall grass | Please correct in _____ days |
| ☐ Accessory structures | Please correct in _____ days |
| ☐ Sidewalks & driveways | Please correct in _____ days |
| ☐ Motor vehicles | Please correct in _____ days |
| ☐ Grading & drainage | Please correct in _____ days |
| ☐ Exterior surfaces | Please correct in _____ days |
| ☒ Roofs & drainage | Please correct in _____ days |
| ☐ Windows/screens | Please correct in _____ days |
| ☐ Doors | Please correct in _____ days |
| ☐ House numbers | Please correct in _____ days |
| ☒ Other | Please correct in _____ days |

Comments:
IPMC 308.1 Accumulation of garbage at alley needs clean
IPMC 304.7 Roof shingles poor condition
Muni Code Sec. 6-55 Remove dead tree front yard

Questions? Please leave a message at this voice mailbox: _____. An inspector will contact you promptly.

Address: 17093 Lincoln Street

Date: 10/24/18

Inspector and Number: K Creamer  BEF

**THIS NOTICE IS ON FILE AT VILLAGE HALL.**

Village of Hazel Crest (Code Enforcement)
3000 W. 170th Place
Hazel Crest, IL 60429
(708) 335-9600 ext. 700

Personal contact on first inspection: ☐ Yes ☐ No

```
                          Habitat For Humanity ReStore Chicago
                                    6040 N Pulaski Rd
                                    Chicago, IL 60646
                                     (773) 639-6040
          Cashier: Jennifer A
          Receipt: BY8L                              Oct 30, 20
          Customer: Shana Mcintosh                      5:28 P


          Item(s)

          Cabinets                                    $450.00

          Subtotal                                    $450.00
          Sales Tax (incl. 10.25%)                     $46.13
          Total
                                                     $496.13

          Cash
          Amount Paid                                 $356.13
          Change Due                                    $0.00
          10/30/2018 17:28:05

          Amount Charged
          Card #: **** **** ****                      $140.00
          Auth Code:
          SALE - MasterCard ICC
          MID: *****
          TID: ***
          AID: A0000000041010
          TVR: 0000048000
          TSI: e800
          PIN VERIFIED


                                        Approved

          IMPORTANT -- RETAIN FOR YOUR RECORDS
          10/30/2018 17:28:41



                                      Customer Copy


          Thank you for shopping with us and supporting
          Habitat for Humanity


                                www.habitatchicago.org/restore
```

EXHIBIT
B



EXHIBIT C