### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **16-04227** |
| | ) | |
| **Shana McIntosh,** | ) | **Chapter 13** |
| | ) | |
| Debtor(s). | ) | **Hon. Judge Carol A. Doyle** |

NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on November 17, 2020, at 10:00 a.m. I will appear before the Honorable Judge Carol A. Doyle, or any judge sitting in that judge's place, and present Debtor's Motion to Modify Plan, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 155 8289 and the password is Doyle742. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Movant:  Shana McIntosh
By:  Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100-mcolter@davidmsiegel.com

### CERTIFICATE OF SERVICE

I, Michael R. Colter, II, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on October 19, 2020, before 5:30 p.m.

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: chiweb@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*

Shana McIntosh
P.O. Box 472
Crete, IL 60417

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Santander Consumer USA
P.O. Box 961245
Ft. Worth, TX 76161-1245

Devry Education Group
814 Commerce Dr Ste 200
Oak Brook, IL 60523

Cook County Treasurer's Office
Legal Department
118 North Clark Street, Room 112
Chicago, IL 60602-1332

The Illinois Tollway
P.O. Box 5544
Chicago, Il 60680

Capital One Bank (USA), N.A.
American Infosource LP as agent
P.O. Box 71083
Charlotte, NC 28272-1083

US Department of Education
Claims Filing Unit
P.O. Box 8973
Madison, WI 53708-8973

Calumet Dermatology Assoc
Municipal Collections of America Inc
3348 Ridge Road
Lansing, Il 60438

City Of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W Jackson Blvd Ste 600
Chicago, IL 60604

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

Midland Credit Management, INC.
as agent for Midland Funding LLC
P.O. Box 2011
Warren, MI 48090

Nicor Gas
P.O. Box 549
Aurora, IL 60507

CACH, LLC
P.O. Box 5980
Denver, CO 80217

Cook County Clerk
118 N. Clark St., Room 112
Chicago, IL 60602-1332

Jefferson Capital Systems, LLC
P.O. Box 7999
St Cloud MN 56302

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | ) | 16-04227 |
|---|---|---|
| | ) | |
| Shana McIntosh, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge Carol A. Doyle |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, **Shana McIntosh**, by and through her attorney, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1)   This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2)   On February 11, 2016, Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 USC and Tom Vaughn was appointed Trustee.

3)   Debtor's Plan was confirmed on June 19, 2019. The current plan requires monthly payments of $1,300.00, with general unsecured creditors receiving no less than 10% of their allowed claims.

4)   Debtor was laid off by her employer due to the COVID-19 pandemic and is currently unemployed. Debtor receives unemployment benefits and her husband is still working.

5)   Debtor was directly affected by the COVID-19 pandemic and seeks to modify her plan to extend the plan beyond the 60 months allowed by the CARES Act.

6)   Debtor seeks to modify her plan under § 1329 and defer the current default that has accrued due to her unemployment.

7)    Debtor seeks to modify her plan under § 1329 and reduce the plan payment to $955.00.

This would still pay the general unsecured creditors no less than 10% of their allowed

claims.

8)    Debtor seeks these modifications to her plan without the intent to commit fraud.

WHEREFORE, the Debtor, **Shana McIntosh**, prays that this Honorable Court enter an

Order Modifying Debtor's Chapter 13 Plan and for other such relief as the Court deems fair and

proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor